No. 3926.—Costas Purcell, aplte., v. Gobierno Municipal de Las Marías (Municipio de Las Marías), apldo.—C. D. Mayagüez. Cobro de dinero. Jun. 23, 1926.

Por cuanto después de la vista de la moción para desestimar por no haberse cumplido con las reglas 42 y 43 de esta corte, la parte apelante ha presentado nuevo alegato y pide

que se le releve de los efectos de la moción para desestimar;

Por cuanto aparece de una inspección del nuevo alegato que han sido subsanados los defectos de que se quejaba la parte apelada;

Por tanto, se declara sin lugar la moción de desestimación y se admite el nuevo alegato sin perjuicio de que el apelado pueda renovar su moción para desestimar si encuentra que el nuevo alegato no cumple con las reglas de esta corte.